UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MYLES BROCK**,　　　　　　　　　　　　　Case No. 3:15-cv-01021-KI

　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　v.

**CAROLYN W. COLVIN**, **Acting Commissioner of Social Security**,

　　　　　Defendant.

　　Merrill Schneider
　　Schneider Kerr Law Offices
　　P.O. Box 14490
　　Portland, OR 97293

　　　　　Attorney for Plaintiff

　　Billy J. Williams
　　United States Attorney
　　District of Oregon
　　Janice E. Hebert
　　Assistant United States Attorney
　　1000 SW Third Ave., Ste. 600
　　Portland, OR 97204-2902

Page 1 - JUDGMENT

Thomas Elsberry
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this    27th    day of June, 2016.

                                     /s/ Garr M. King
                                     Garr M. King
                                       United States District Judge